CIV-17-185-HE

FILED
FEB 21 2017
CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY ______, DEPUTY

14 5087 TX Sup Ct & bottom pg

Linda J. Hunt
Chaqueen des Michael Rittany
Charles Le Maitre, James Lu MD, John Quinn
Rounsaville 2,3 Michael O'Brien, trustee
of various trusts with nominees and Legacy
Melrose, LHDA, Dennis Henderson & Crescent Point
friends on State TX & All Indian NA Territories
and but not limited to OK et al,

v.

Stephen King et al "Judge" "Tarrant Co Probate Ct #1" et al

Refus ing of words
the following documents were returned usually
by USPS marked refused or other and repudiation
by defendants solvent and collaterally estopped
rogue employees gatekeepers and
should be and are cross appealed to
both Denver circuit cts and DC cts
having jurisdiction over Indian Affairs
re US Dist Ct for W. Dist of OK
16-1179
I am domiciled in OK Territories as is Le Maitre others O'Brien & re

filings posted and updates to TX Sup Ct 14-1017 in re Linda J. Hartwell [illegible] esp thru Spring Solstice 2017 not an invitation to continue fraud but as composite to be merged & consolidated also cross filed and appealed to US LA Dist Ct [illegible], on appeal, OH Franklin Co Ct Common Pleas 15-002837 thru 2-14-17 also on appeal [illegible] KS [illegible]. Mike/Mark Buttrum [illegible] 09148700 92½ [illegible]. TBC

16-02435

Clerk please file notice of dodging of service of repudiation of K by Gatekeeper/Rogue employees & probably icon blackmail.

too broke to provide so many copies. Constrain by words. Get v ND communication. [illegible] copies 25.1pe postage?

FedEx Office

November 22, 2016 17:50 Page: 1
Receipt #: 3302760677
Stored Value Card #: 807001632334789110
2016/11/22 17:38

| Qty | Description | Amount |
|---|---|---|
| 15 | ES B&W S/S White 8.5 x11 | 1.95 |
| | SubTotal | 1.95 |
| | Taxes | 0.16 |
| | Total | 2.11 |

Current Value on Card: $0.16

FedEx Office Print & Ship Centers

6020 Camp Bowie Blvd
Fort Worth,TX 76116
817-737-8021
www.FedExOffice.com

Tell us how we're doing and receive 15% off your next $20 print order fedex.com/welisten or 1-800-398-0242
Offer Code:_____ Offer expires 12/31/2016

Please Recycle This Receipt

Notice + clarification 14-1089 TX Sup Ct. Comp mus' get all comm'
posted Tarrant Co CB Westridge LNBB
aka pony express Tuesday before
Thanksgiving 2016 by 5:30pm
2nd day mailed to USPS TX Sup Ct
Sandra Church Susan + TX
Bunow week 14 communication
as were Tom + John Amaker + Norm
Chizek possibly others incl Tom
Larkin, Lisa Whatley
another toilet overflow reported to
allstate no response from allstate.
and faxed to Personal 214-942-1065
At Fondren? Carlton Management CAFS#1 972-719-0
Consumer Calendar, 1-800-WALMART, ~~[illegible]~~ 35
817-731-0?0, attempted HAATC

Mailed to 580 Walker Dr. + ~~[illegible]~~ to
~~[illegible]~~ ~~[illegible]~~ ATT | Cowboy Stadium
all in Man gets all PPL + policy on Stanton
Wellington to Ron Willis esq. Paid for washing
machine that Patty O'Brien claimed I would
never have another. ER health risk. STR's

(margin notes:) evidence to Brittany after birthday & calls & contract & wrong charges
(margin:) kind of like doing to clients
(margin:) copy left Orleans to Ron Anto
(margin:) 09148700 TX Bar

more TX Sup Ct 14-1087 for Mistrial's Buttons
Clarification Called TX Board of Ins. today did ins, challenging
accepted or lied time that both Arlington
(licensed 2000) and Starstone (licensed 1953)
were current. Per my memory, 2000 was discussion
of Mg. Lloyds in TX as co-insurer? and Star Stone
could also be State Farm. Asked for complaint
forms as no processing of claim began.
Picture in todays paper T was ~~of~~ before Thanksgiving
Lester showing Perry UNT after (I think) 10-22-12
but she was already killing me & was not her fainting
she disclaimed me, switched baby routines
accepted $1.2 million I think. ?
Amanda Rousseau currently played by
Sandra Bernard (Queen by TRE Conductor
I p thief at least.
I think Barbara & Jerry Jones have also
kids see if JJ thinks they are same people &
Anderson seems to be Sandra Bernard.

| Well | Account | JIB Date | Amount | Vendor | Reference |
|---|---|---|---|---|---|
| Patton #1 | Insurance | 10/26/2016 | $184.54 | National American Insurance | 1 |
| | Well Totals | | $184.54 | | |

| Name | Interest | Share |
|---|---|---|
| Legacy Oil Corp | 0.4090700 | $75.49 |
| Diana Foster Carl | 0.0095340 | $1.76 |
| Linda Hart Houston | 0.0379620 | $7.01 |
| Melissa Kahn | 0.0231450 | $4.27 |
| PBM 1998-A Energy Acq & Dev Program | 0.0815680 | $15.05 |
| Legacy Oil Corp (Michael O'Brien) | 0.0520020 | $9.60 |
| Mike Kahn | 0.0009770 | $0.18 |
| Kleimor Energy LLC | 0.0429020 | $7.92 |
| Iris F Levy | 0.0589250 | $10.87 |
| Pamela Madera | 0.0095340 | $1.76 |
| Janis Foster McCoy | 0.0095340 | $1.76 |
| Paul B McCully | 0.0520020 | $9.60 |
| Odin Operating | 0.1000000 | $18.45 |
| Moran-K Oil Inc | 0.1128450 | $20.82 |
| Total | 1.0000000 | $184.54 |

[illegible] <1.00

total int - add to 1

Grand has to [illegible]

need for utility bills for OK document but [illegible] wrong [illegible] other JIB was [illegible] not [illegible] until [illegible] fraud this one self dealing for fraud. I bills not appropriate for trusts [illegible] 2013 Grand Co OK

Jerry Jones = Chip Le Master    Get Money NV.    Self imaginary = Effie Client

| Well | Account | JIB Date | Amount | Vendor | Reference |
|---|---|---|---|---|---|
| Marguerite Wood #1 SWD | Salt Water Disposal | 10/31/2016 | $500.00 | Effie's Angels | 10/31/2016 |
| | Insurance | 10/26/2016 | $184.54 | National American Insurance | 1 |
| | Well Totals | | $684.54 | | |

sold out cannot operate? Carolyn Clark.

What has been sold? returns

| Name | Interest | Share |
|---|---|---|
| Legacy Oil Corp | 0.1025005 | $70.17 |
| Diana Foster Carl | 0.0229165 | $15.69 |
| Linda Hart Houston | 0.0912500 | $62.46 |
| Melissa Kahn | 0.0926880 | $63.45 |
| Carolyn S Kahn | 0.0012500 | $0.86 |
| Ira Jason Kahn | 0.0012500 | $0.86 |
| Mike Kahn | 0.0038250 | $2.62 |
| Kleimor Energy LLC | 0.1031250 | $70.59 |
| Iris F Levy | 0.1391120 | $95.23 |
| Pamela Madera | 0.0229165 | $15.69 |
| Janis Foster McCoy | 0.0229165 | $15.69 |
| Paul B McCully | 0.1250000 | $85.57 |
| Moran-K Oil Inc | 0.2712500 | $185.68 |
| Total | 1.0000000 | $684.54 |

972 469-859-0720
972 417-0235
1-800-925-6278

drunk Pamela

Tom Amador dealt himself in

Moron Oil Co

PPL did not give up

Also married to Barbara 10227
Jones in Letter admission 1.029
Rob and fraud against fund    not a family member
OGP = in French other grand father
Gendra Brown = god father
Jim Lee says he wants 1000 being NTB
always JIB before this fraud I was only receiving a bill. This is a bill
sent because Debbie Wood a nosy bitch
already assumed

No past due balance
we are counting

Legacy Oil had other interest = trust
My interest a CLL ORRI no costs
Mike [Michael Brittain said never sell.